*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DALY, de GROOT, and HARRIS
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Nathan A. LOPER**
Staff Sergeant (E-6), U.S. Marine Corps
*Appellant*

**No. 202600023**

_____

Decided: 29 July 2026

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Eric A. Catto

Sentence adjudged 11 September 2025 by a general court-martial tried at Marine Corps Base Hawaii, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-5, confinement for 5 months, and a bad-conduct discharge.[1]

For Appellant:
*Commander Jeanne W. Murray, JAGC, USN*

---

[1] Pursuant to the recommendation of the military judge, the convening authority suspended the bad-conduct discharge for six months from date of the Entry of Judgment, at which time, unless sooner vacated, the suspended bad-conduct discharge will be remitted without further action.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings are correct in law, the sentence is correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.